COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-350-CR
 

AMBER LEIGH FREEMAN        APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 271
ST
 
DISTRICT COURT OF WISE COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Motion To Withdraw Notice Of Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
 See id.;
 Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  
CAYCE, C.J.; LIVINGSTON,
 and DAUPHINOT, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: November 20, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.